IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULMAL LEWIS** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  23-2387 |
| | : | |
| **RANDY EVANS, THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA, THE DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, PHILADELPHIA** | : : : : : | |

## ORDER

**AND NOW**, this 4th day of September 2025, upon independent consideration of the amended petition for writ of habeas corpus (DI 5), respondents' response to the petition (DI 14), after review of Judge Hey's Report and Recommendation (DI 21), petitioner's objections (DI 24), respondents' response (DI 26), and for reasons in the accompanying memorandum, it is **ORDERED**:

1. The Report and Recommendation (DI 21) is **APPROVED** and **ADOPTED**.

2. We **OVERRULE** the petitioner's objections (DI 24).

3. The amended petition for writ of habeas corpus (DI 5) is **DENIED**.

4. There is no basis to issue a certificate of appealability.

5. The Clerk of Court shall **close** this case.

_____
**MURPHY, J.**